UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE COMPANY, LIBERTY         Docket No.:
INSURANCE CORPORATION, THE FIRST LIBERTY       1:17-cv-06313(ILG)(CLP)
INSURANCE CORPORATION, LM INSURANCE
CORPORATION, LIBERTY MUTUAL MID-ATLANTIC
INSURANCE COMPANY, LIBERTY COUNTY MUTUAL
INSURANCE COMPANY, LM PROPERTY and
CASUALTY INSURANCE COMPANY, SAFECO
COMPANY OF INDIANA, and AMERICAN STATES
INSURANCE COMPANY,

            Plaintiffs,

 -against-

WOODSIDE CHEMISTS, INC., RONIKA SONI, LAM C.
QUAN, M.D., LEONID REYFMAN, M.D., LEONID
LITOVSKIY, P.A., ROBERT B. LANTER, D.O., MAXIM
TYORKIN, M.D., PERICLES S. HADJIYANE, M.D.,
TIMOTHY CANTY, M.D., JAMES A. GRIFFIN, P.A.

    Defendants.
-------------------------------------------------------------------------X

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, "Plaintiffs") and Defendants Timothy Canty, M.D., and James A. Griffin, P.A., as follows:

1. Service of the Summons and Complaint in this matter is hereby acknowledged on behalf of Defendant Timothy Canty, M.D., and James A. Griffin, P.A., and any affirmative defense based on service of process is waived.

2. Defendant Timothy Canty M.D. and James A. Griffin, P.A.'s time to answer, move or otherwise respond to Plaintiffs' Complaint in this matter is extended through and including January 8, 2018.

Dated: November 29, 2017

RIVKIN RADLER, LLP
Attorneys for Plaintiffs

By: _____
Christopher M. Casa, Esq.
926 RXR Plaza
Uniondale, NY 11556-0926
516-357-3073

Attorneys for Defendant

By: _____
Ashley Andrews-Santillo, Esq.
420 Lexington Avenue, Suite 2601
New York, New York 10170

SO ORDERED:

_____
HON. I. LEO GLASSER

Dated: _____, 2017