**Exhibit "5"**
**Federal Stipulation 3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
et al.,

                              Plaintiffs,

Docket No. 1:17-cv-06313(ILG)(CLP)

-against-

WOODSIDE CHEMISTS, INC., et al.,

                              Defendants.
------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANTS LAM C. QUAN, M.D., LEONID REYFMAN, M.D., LEONID LITOVSKIY, P.A., ROBERT B. LANTER, D.O., MAXIM TYORKIN, M.D., TIMOTHY CANTY, M.D. AND JAMES A. GRIFFIN, P.A.**

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively referred to as "Liberty Mutual" or "Plaintiff") and counsel for Defendants Lam C. Quan, M.D., Leonid Reyfman, M.D., Leonid Litovskiy, P.A., Robert B. Lanter, M.D., Maxim Tyorkin, M.D., Timothy Canty, M.D. and James A. Griffin, P.A. (collectively the "Certain Defendants") that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice as to the Certain Defendants, without costs to either party as against the other.

This stipulation may be signed in counterparts, and a signature by facsimile or email shall be deemed an original for the purpose of filing same with the Court. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~April~~ May 2, 2018

RIVKIN RADLER LLP

By: _____
Michael A. Sirignano, Esq.
Priscilla D. Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs, Liberty Mutual*


GARY TSIRELMAN, P.C.

By: _____
Gary Tsirelman, Esq.
Nicholas Paul Bowers, Esq.
P129 Livingston Street
Brooklyn, New York 11201
(718) 438-1200
*Counsel for Defendant Lam C. Quan, M.D.*


REVAZ CHACHASHVILI & ASSOC., P.C.

By: _____
David Katz, Esq.
108-18 72 Avenue, 2nd Floor
Forest Hills, New York 11375
(718) 705-8710
*Counsel for Defendants Leonid Reyfman, M.D. and Leonid Litovskiy, P.A.*

This stipulation may be signed in counterparts, and a signature by facsimile or email shall be deemed an original for the purpose of filing same with the Court. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April ___, 2018

RIVKIN RADLER LLP

By:_____
     Michael A. Sirignano, Esq.
     Priscilla D. Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs, Liberty Mutual*


GARY TSIRELMAN, P.C.

By:_____
     Gary Tsirelman, Esq.
     Nicholas Paul Bowers, Esq.
P129 Livingston Street
Brooklyn, New York 11201
(718) 438-1200
*Counsel for Defendant Lam C. Quan, M.D.*


REVAZ CHACHASHVILI & ASSOC., P.C.

By:_____*David Katz*_____
     David Katz, Esq.
108-18 72 Avenue, 2nd Floor
Forest Hills, New York 11375
(718) 705-8710
*Counsel for Defendants Leonid Reyfman, M.D. and Leonid Litovskiy, P.A.*

MOHEN COOPER LLC

By: _____
    Andrew P. Cooper, Esq.
    Kenneth Sean Kast, Esq.
135 Crossways Park Drive, Suite 402
Woodbury, New York 11797
(516) 280-8600
*Counsel for Defendant Robert B. Lanter, M.D.*

DASH LAW FIRM, P.C.

By: _____
    Robert Dash, Esq.
    Karen E. Wagner, Esq.
P.O. Box 280
Farmingdale, New York 11735
(631) 393-7432
*Counsel for Defendant Maxim Tyorkin, M.D.*

MUNAWAR & ANDREWS-SANTILLO LLP

By: _____
    Ashely Andrews-Santillo, Esq.
420 Lexington Avenue, Suite 2601
New York, New York 10170
(212) 300-3730
*Counsel for Defendants Timothy Canty, M.D. and James A. Griffin, P.A.*

MOHEN COOPER & PAPAGIANAKIS LLC

By:_____
    Andrew P. Cooper, Esq.
    Kenneth Sean Kast, Esq.
135 Crossways Park Drive, Suite 402
Woodbury, New York 11797
(516) 280-8600
*Counsel for Defendant Robert B. Lanter, M.D.*


DASH LAW FIRM, P.C.

By: /s/ Robert Dash
    Robert Dash, Esq.
    Karen E. Wagner, Esq.
P.O. Box 280
Farmingdale, New York 11735
(631) 393-7432
*Counsel for Defendant Maxim Tyorkin, M.D.*


MUNAWAR & ANDREWS-SANTILLO LLP

By:_____
    Ashely Andrews-Santillo, Esq.
420 Lexington Avenue, Suite 2601
New York, New York 10170
(212) 300-3730
*Counsel for Defendants Timothy Canty, M.D. and James A. Griffin, P.A.*

MOHEN COOPER & PAPAGIANAKIS LLC

By:_____
     Andrew P. Cooper, Esq.
     Kenneth Sean Kast, Esq.
135 Crossways Park Drive, Suite 402
Woodbury, New York 11797
(516) 280-8600
*Counsel for Defendant Robert B. Lanter, M.D.*


DASH LAW FIRM, P.C.

By:_____
     Robert Dash, Esq.
     Karen E. Wagner, Esq.
P.O. Box 280
Farmingdale, New York 11735
(631) 393-7432
*Counsel for Defendant Maxim Tyorkin, M.D.*


MUNAWAR & ANDREWS-SANTILLO LLP

By:_____
     Ashely Andrews-Santillo, Esq.
420 Lexington Avenue, Suite 2601
New York, New York 10170
(212) 300-3730
*Counsel for Defendants Timothy Canty, M.D.*
*and James A. Griffin, P.A.*